**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:04CR25** |
| | ) | |
| **vs.** | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **1)NANTHALATH THIRAKUL** | ) | |
| **A/K/A "BAY"** | ) | |
| **2)CHANTAHAVY VEE VONGHAKDY** | ) | |
| **A/K/A "V"** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein without prejudice.

For the reasons stated therein and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment herein is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to defense counsel, the U.S. Attorney's Office, the U.S. Probation Office, and the U.S. Marshal's Office.

Signed: April 8, 2008

Lacy H. Thornburg
United States District Judge